1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SARAH HAWKINS (CABN 257723)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7126
7      FAX: (415) 436-7234
       Email: sarah.hawkins@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 15-0399 MMC |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| XIAOSHAN HUANG, | |
| Defendant. | |

Defendant Xiaoshan Huang has successfully completed a one-year term of diversion. With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: September 18, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

BARBARA J. VALLIERE
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment without prejudice.

Date: 9/20/17

Hon. MAXINE M. CHESNEY
United States District Judge

NOTICE OF DISMISSAL, CR 15-0399 MMC, United States v. Xiaoshan Huang